# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
   Plaintiff,
vs.
Elaine Ly
   Defendant.

Case Number CR 11-00308LHK

FILED
MAY 1 9 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**ORDER - CJA CONTRIBUTION(s) DUE**

It appearing that the defendant is financially able to contribute to the cost of his representation under the Criminal Justice Act, 18 U.S.C., Section 3006 (A),

IT IS HEREBY ORDERED THAT:

[✓] THE DEFENDANT IS LIABLE FOR A CONTIRUBUTION OF $ 1000 PER MONTH, until the case is concluded or until further order of the Court, commencing:

   [✓] That certain date of __June 1st__ and the SAME DAY each month thereafter;

   [ ] The first day of _____ and the FIRST DAY of each month thereafter;

   [ ] MAIL TO:   Clerk, U. S. District Court
                  280 South First Street, Room 2112
                  San Jose, CA. 95113-3095
   Please indicate that this is a CJA payment and include the case number shown above.

[ ] THE DEFENDANT IS LIABLE FOR A ONE-TIME CONTRIBUTION OF $ _____, DUE BY:

   [ ] That certain date of _____;

   [ ] MAIL TO:   Clerk, U. S. District Court
                  280 South First Street, Room 2112
                  San Jose, CA. 95113-3095
   Please indicate that this is a CJA Payment and include the case number shown above.

DATED: 5/19/11

Howard R. Lloyd    U. S. MAGISTRATE JUDGE

cc: Defense counsel, defendant, AUSA, Finance Office, Probation

AO 72