Jeane DeKelver
SBN 111394
4750 Almaden Expressway
Suite 124 PMB #208
San Jose, CA 95118
408.307.5800
JeaneJD@comcast.net

Attorney for Elaine Ly

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-11-00308 DLJ |
| Plaintiff, | **STIPULATION AND [] ORDER RESCHEDULING STATUS HEARING** |
| v. | |
| ELAINE LY, | |
| Defendant. | |

This matter is currently set for status on November 7, 2013.  Defense counsel requires additional time for effective preparation.  Defense counsel is requesting and the Assistant United States Attorney, does not object, to a continuance of the status hearing. Based on the stipulation, the Court finds and holds as follows:

1. The currently scheduled November 7, 2013 status hearing date is hereby vacated.

2. This matter is re-set for status on December 5, 2013 at 9:00 a.m.

Stipulation and [] Order CR-11-308 DLJ

3. The time between November 7, 2013 and December 5, 2013 is deemed excludable time to allow effective preparation.

STIPULATED:

DATED: 11/4/2013                              /s/
                                       Jeane DeKelver
                                       Attorney for Elaine Ly


DATED: 11/4/2013                              /s/
                                       Amie Rooney
                                       Assistant United States Attorney


IT IS SO ORDERED.

DATED: FF̂H                            [signature]
                                       D. Lowell Jensen
                                       United States District Judge

Stipulation and [] Order CR-11-308 DLJ