1  Jeane DeKelver
   SBN 111394
2  4750 Almaden Expressway
   Suite 124 PMB #208
3  San Jose, CA 95118
   408.307.5800
4  JeaneJD@comcast.net

5

6  Attorney for Elaine Ly

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12 UNITED STATES OF AMERICA,       )   No. CR-11-00308 DLJ
                                   )
13         Plaintiff,               )   **STIPULATION AND**
                                   )   **[] ORDER**
14     v.                          )   **RESCHEDULING STATUS**
                                   )   **HEARING**
15 ELAINE LY,                      )
                                   )
16         Defendant.               )
                                   )
17 _____  )

18

19     This matter is currently set for status on December 5, 2013.  Defense

20 counsel requires additional time for effective preparation.  Defense counsel is

21 requesting and the Assistant United States Attorney does not object to a

22 continuance of the status hearing. Based on the stipulation, the Court finds and

23 holds as follows:

24     1.     The currently scheduled December 5, 2013 status hearing date is

25 hereby vacated.

       2.     This matter is re-set for status on December 19, 2013 at 9:00 a.m.

Stipulation and [] Order CR-11-308 DLJ

1    3.   The time between December 5, 2013 and December 19, 2013 is
2    deemed excludable time to allow effective preparation.
3       STIPULATED:
4    DATED:   11/25/2013                    /s/
5                                     Jeane DeKelver
                                      Attorney for Elaine Ly

7    DATED:   11/25/2013                    /s/
8                                     Amie Rooney
                                      Assistant United States Attorney

10                                    IT IS SO ORDERED.

12   DATED:   _____              [signature]
13                                     D. Lowell Jensen
                                       United States District Judge

Stipulation and [] Order CR-11-308 DLJ