1 | Jeane DeKelver
SBN 111394
4750 Almaden Expressway
Suite 124 PMB #208
San Jose, CA 95118
408.307.5800
JeaneJD@comcast.net

Attorney for Elaine Ly

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-11-00308 DLJ |
| Plaintiff, | ) **STIPULATION AND** |
| v. | ) **[] ORDER** |
| ELAINE LY, | ) **RESCHEDULING STATUS HEARING** |
| Defendant. | ) |

This matter is currently set for status on December 19, 2013. Defense counsel requires additional time for effective preparation. Defense counsel is requesting and the Assistant United States Attorney does not object to a continuance of the status hearing. Based on the stipulation, the Court finds and holds as follows:

1. The currently scheduled December 19, 2013 status hearing date is hereby vacated.

2. This matter is re-set for status on January 9, 2014 at 9:00 a.m.

Stipulation and [] Order CR-11-308 DLJ

3. The time between December 19, 2013 and January 9, 2014 is deemed excludable time to allow effective preparation.

STIPULATED:

DATED: 12/13/2013                                             /s/
Jeane DeKelver
Attorney for Elaine Ly


DATED: 12/13/2013                                             /s/
Amie Rooney
Assistant United States Attorney


IT IS SO ORDERED.

DATED: _____                    [signature]
D. Lowell Jensen
United States District Judge

Stipulation and [ Order CR-11-308 DLJ