MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

AMIE D. ROONEY (CABN 215324)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-0910
FAX: (408) 535-5066
Amie.Rooney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ELAINE QUYEN LY,<br><br>    Defendant. | No. CR 11-0308-DLJ<br><br>STIPULATION AND [] ORDER TO CONTINUE SENTENCING DATE TO AUGUST 14, 2014 |

    The parties, the United States of America, by and through Assistant United States Attorney Amie D. Rooney, and defendant Elaine Quyen Ly, through her attorney Jeane DeKelver, request the rescheduling of defendant's sentencing from April 24, 2014, to August 14, 2014. This continuance is necessary because Ms. Ly is in the process of fulfilling her obligations under her plea agreement in this matter, and it appears that those obligations cannot be accomplished until after the end of July 2014. Further, the parties need additional time to prepare for sentencing. The Presentence Report in this matter has not yet been completed, and the parties require additional time to permit the preparation of this Report. Therefore, the parties request and stipulate that defendant's sentencing hearing be rescheduled to August 14, 2014, at 10:00 a.m., or other date convenient for the Court. The United States has spoken to the

1  Probation Officer assigned to this case, and she is available on this date.

2

3  DATED: March 14, 2014                  MELINDA HAAG
                                          United States Attorney
4

5                                         /s/ Amie D. Rooney
                                          _____
6                                         AMIE D. ROONEY
                                          Assistant United States Attorney
7

8                                         /s/ Jeane DeKelver
                                          _____
9                                         JEANE DEKELVER
                                           Counsel for Defendant
10

11
///
12
///
13
///
14
///
15
///
16
///
17
///
18
///
19
///
20
///
21
///
22
///
23
///
24
///
25
///
26
///
27

28

STIP AND [] ORDER TO CONTINUE SENTENCING
CR 11-308 DLJ

ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY

ORDERS that the defendant's sentencing hearing in the above-entitled matter is continued to August

14, 2014, at 10:00 a.m.

IT IS SO ORDERED.

DATED:

D. LOWELL JENSEN
UNITED STATES DISTRICT JUDGE

STIP AND [] ORDER TO CONTINUE SENTENCING
CR 11-308 DLJ