Jeane DeKelver
SBN 111394
4750 Almaden Expressway
Suite 124 PMB #208
San Jose, CA 95118
408.307.5800
JeaneJD@comcast.net

Attorney for Elaine Ly

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-11-308 DLJ |
| Plaintiff, | **STIPULATION AND [] ORDER RESCHEDULING SENTENCING DATE** |
| v. | |
| ELAINE LY, | |
| Defendant. | |

This matter is currently set for sentencing on August 14, 2014. Counsel for Elaine Ly, Jeane DeKelver, is requesting a one week continuance. Amie Rooney and David Callaway, representing the government, do not object to a rescheduling of the sentencing date. Based on the stipulation, the Court finds and holds as follows:

1. The currently scheduled August 14, 2014 sentencing date for defendant Ly is hereby vacated.

Stipulation and [] Order CR-11-308 DLJ

2. This matter is re-set for sentencing on August 21, 2014 at 10:00 a.m.

STIPULATED:

DATED: 7/30/2014                              /s/
                                      Jeane DeKelver
                                      Attorney for Elaine Ly


DATED: 7/30/2014                              /s/
                                      David Callaway
                                      Amie Rooney
                                      Assistant U.S. Attorney


IT IS SO ORDERED.

DATED: _____          _____
                            D. Lowell Jensen
                            United States District Judge

Stipulation and [] Order CR-11-308 DLJ